AO 91 (Rev. 11/11)  Criminal Complaint

AUSA KELLEY

FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 JUN 30  PM 4: 0

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

United States of America )
v. )
)
Randy G KAIGLER )
)
)
)
)
_____ )
Defendant(s)

Case No. 2:20-mj-457

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 25, 2020__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Knowingly Possess a Firearm by a Convicted Felon |
| 18 USC 922(g)(9) | Knowingly Possess a Firearm after a Domestic Violence Conviction |

This criminal complaint is based on these facts:

SEE ATTACHED`

☑ Continued on the attached sheet.

_____
Complainant's signature

S Cumball  ATF SA
Printed name and title

Sworn to before me and signed in my presence.

Date: 6-30-20

City and state: Columbus Ohio

_____
Judge's signature

US Magistrate Judge
Printed name and title

**PROBABLE CAUSE AFFIDAVIT**
**Randy G. KAIGLER**

I, Samuel Chappell, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police since 2007. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2017. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. On or about August 31, 2011 Randy G KAIGLER (hereinafter KAIGLER) was sentenced for one count of Domestic Violence, (criminal Case Number 2011 CRB00675), in the Girard Ohio Municipal Court.

3. On or about January 20, 2017, KAIGLER was sentenced for one count of False Report, a felony that can carry a prison term of more than a year in prison (criminal Case Number 18348), in the Bedford County, Tennessee Circuit Court.

4. On or about June 25, 2020 at approximately 11:30 PM a Columbus Division of Police (CPD) was working remote surveillance in the Emergency Operations Center monitoring the area of S Front St and W Broad St when he observed an individual later identified as KAIGLER carrying a handgun on his right hip in a holster outside his pants. KAIGLER was approaching approach a parked green 2002 Honda motorcycle with OH Tag# 4E3154. A CPD officer checked the vehicle's registration and learned that KAIGLER was the registered owner and did not have a motorcycle endorsement on his license, and a review of his CCH showed a conviction for Domestic Violence. Marked police cruisers in the area affect a traffic stop on KAIGLER.at 333 W Town St. KAIGLER was taken into custody without incident.

5. Once KAIGLER was in custody, CPD Officers recovered a loaded Smith & Wesson 40VE, loaded with 13 live rounds and 1 in the chamber from the holster on KAIGLER's right hip. KAIGLER was transported to CPD Headquarters then to Franklin County Jail for slating.

6. It was determined that the aforementioned firearm seized from KAIGLER on or about June 25, 2020 was NOT manufactured in the State of Ohio and therefore travelled in interstate commerce to reach the State of Ohio.

7. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

8. Based on this information, your affiant believes probable cause exists that KAIGLER possessed a firearm after having been convicted of a crime punishable by more than one-year incarceration, in violation of 18 U.S.C. 922(g)(1).

9. Based on this information, your affiant believes probable cause exists that KAIGLER possessed a firearm after having been convicted of a crime of domestic violence, in violation of 18 U.S.C. 922(g)(9).

AO 91 (Rev. 5/99) Criminal Complaint

**PROBABLE CAUSE AFFIDAVIT**
**Randy G. KAIGLER**

ATF TFO Samuel Chappell

Sworn to and subscribed before me this day of _30th June 2070 1:26 p.m._ Columbus, Ohio.

U.S. MAGISTRATE JUDGE